IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03082-BNB

DILLION MOHRBUTTER,

    Applicant,

v.

RAE TIMME, and
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO,

    Respondents.

---

ORDER TO FILE PRE-ANSWER RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court has determined that a limited Pre-Answer Response is appropriate. Although Applicant's responses to the questions in the Court-approved form are incomplete and nonresponsive, the Court finds that a response from Respondents will clarify Applicant's current status regarding the filing of a § 2254 in this Court. For the purpose of addressing affirmative defenses in this case, the Court finds that Applicant is challenging Case No. 09CR396,[1] in the El Paso District Court, and claims that he was denied his right to appeal the conviction in this case.

---

[1] Although Mr. Mohrbutter refers to Case No. 09CR3691 in the Amended Application on Pages Eight and Nine, the Court finds, upon contacting the El Paso County Combined Courts, the only criminal case on record against Mr. Mohrbutter is Case No. 09CR396.

Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and to *Denson v. Abbott*, 554 F.Supp. 2d 1206 (D. Colo. 2008), to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A).  If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response.  Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.  Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED March 14, 2011, at Denver, Colorado.

                                                         BY THE COURT:

                                                         s/ Boyd N. Boland
                                                         United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03082-BNB

Dillion Mohrbutter
Prisoner No. 130639
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215

Rae Timme, Warden,
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Rae Timme; and to John Suthers: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 02/15/11 on March 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk